UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MANUEL F. NUNES
    Plaintiff,

v.                                                 C.A. No. 14-378L

BROWN UNIVERSITY,
    Defendant.

## O R D E R

This matter is before the Court on Defendant's Objection to the Report and Recommendation of Magistrate Judge Patricia Sullivan, dated July 17, 2015. The Court has reviewed the record as well as the briefs of the parties. The Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

    Therefore, Defendant's Motion to Dismiss is denied.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge

September 3 , 2015